DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART MAYNARD CLARK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1664

[October 14, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562015CF003233A.

Stuart Maynard Clark, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***